UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cr-20027-HUCK/Becerra

**UNITED STATES OF AMERICA**,

v.

**HAMLET MOISES NOVA MENDEZ,**

    Defendant.

_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

**THIS MATTER** came before the Court upon Magistrate Judge Jacqueline Becerra's Report and Recommendation ("R&R") on Change of Plea [ECF No. 12], which was entered on February 17, 2023. In the R&R, Judge Becerra found that the Defendant Hamlet Moises Nova Mendez, freely and voluntarily entered a plea of guilty as to Count I of the Indictment, which charges Defendant with illegal reentry of a removed alien, in violation of Title 8 U.S.C. §§ 1326(a) and 1326(b)(2).

Magistrate Judge Becerra recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty of Count I, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Judge Becerra's R&R, no objections have been filed, and the Court has been advised that no objections will be filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Becerra's R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of guilty, and Defendant is hereby adjudged guilty as to Count I of the Indictment; and (3) a

sentencing hearing before the Honorable Paul C. Huck is set for **Monday, April 24, 2023 at 3:00 PM.**

**DONE AND ORDERED** in Miami, Florida on February 22, 2023.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Jacqueline Becerra
Counsel of record